

**U.S. Department of Justice**
Civil Division
950 Pennsylvania Ave. NW, Rm. 7214
Washington, DC 20530

MSR:JESandberg

Tel.: (202) 532-4453

VIA CM/ECF

July 12, 2024

Lyle W. Cayce, Clerk
United States Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

    Re:    *Texas v. U.S. Department of Transportation*,
           No. 24-10470 (5th Cir.)

Dear Mr. Cayce:

    I respectfully write pursuant to Fifth Circuit Rule 31.4.3.1 to request a Level 1 extension for the federal government's opening brief in the above-captioned appeal. The government's brief is currently due by August 5, 2024. The government respectfully requests that this deadline be extended by 30 days, to and including Wednesday, September 4, 2024. This request is unopposed.

    The extension is requested because the undersigned counsel has recently been occupied with other pressing appellate matters, including *Georgia v. U.S. Department of Justice*, No. 23-5083 (D.C. Cir.) (supplemental briefs filed June 14, 2024 and July 8, 2024); *Iowa v. Granholm*, No. 24-1721 (8th Cir.) (response brief due July 22, 2024, as extended); and *Keefer v. Biden*, No. 24-1716 (3d Cir.) (response brief due July 26, 2024). In addition, undersigned counsel has periodically been absent from the office on previously scheduled annual leave. A short extension of time is needed to provide adequate time for counsel to consult within the government and to prepare the government's brief.

                                            Sincerely,

                                            /s/ Jeffrey E. Sandberg
                                            Jeffrey E. Sandberg
                                            Attorney, Appellate Staff
                                            Civil Division

cc:    all counsel (by CM/ECF)