

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

Kyle D. Highful  
Assistant Solicitor General

(512) 936-1826  
Kyle.Highful@oag.texas.gov

August 28, 2024

**Via CM/ECF**

Lyle W. Cayce, Clerk of Court  
U.S. Court of Appeals for the Fifth Circuit

    Re:    No. 24-10470; *State of Texas v. U.S. Department of Transportation*

Dear Mr. Cayce:

    I am writing to advise the Court of my withdrawal as counsel for appellees in the above-referenced case, as I am leaving my employment with the Office of the Attorney General. Solicitor General Aaron L. Nielson, who has appeared in this case, should be substituted as lead counsel for appellees in my place.

        Respectfully submitted.

        /s/ Kyle D. Highful

        Kyle D. Highful  
        Assistant Solicitor General

cc: All counsel of record (via CM/ECF)