# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 06, 2024

Mr. Jeffrey Eric Sandberg
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Room 7214
Washington, DC 20530

   No. 24-10470   State of TX v. U.S. Dept of Trans
                  USDC No. 5:23-CV-304

Dear Mr. Sandberg,

Your appellants' brief has been filed. Within 14 days, counsel must separately file a copy of the Record Excerpts in Portable Document Format (PDF) file, as required by 5th Cir. R. 30.1.2, by using the docket event "Record Excerpts Filed," which is found under the "Briefs" category.  Failure to do so may result in the dismissal of the appeal.


                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Renee S. McDonough, Deputy Clerk
                            504-310-7673

cc:
    Mr. Michael P. Clendenen
    Mr. Aaron Lloyd Nielson
    Mr. Wesley Scott Williams