

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

Aaron L. Nielson  
Solicitor General

Aaron.Nielson@oag.texas.gov  
(512) 463-2100

September 26, 2024

**VIA CM/ECF**

Mr. Lyle W. Cayce, Clerk  
Court of Appeals for The Fifth Circuit

Re: *State of Texas, et al. v. U.S. Department of Transportation, et al.*, No. 24-10470 (5th Cir., filed May 23, 2024)

Dear Mr. Cayce:

I respectfully write pursuant to Fifth Circuit Rule 31.4.3.1 to request a Level 1 extension for the States' response brief in the above-captioned appeal. The States' brief is currently due by October 4, 2024. The States respectfully request that this deadline be extended by 30 days, to and including Monday, November 4, 2024. This request is unopposed and is the States' first request.

The extension is requested because the undersigned counsel has recently been occupied with other pressing appellate matters, including:

- Supplemental briefing in *NetChoice, LLC v. Paxton*, No. 21-51178 (5th Cir. Sept. 25, 2024).
- Mandamus petition in *In re the State of Texas*, No. 24-0813 (Texas, Sept. 25, 2024).

In addition, undersigned counsel has the following upcoming briefing and argument obligations:

- Multi-state amicus brief, *Bradford v. Department of Labor*, No. 24-232 (U.S., due Sept. 27, 2024).
- Multi-state amicus brief, *Missouri v. Biden*, Nos. 24-2332, 24-2351 (8th Cir., due Sept. 27, 2024).

Letter to Mr. Cayce, Clerk
Page 2

- Response to application, *Horseracing Integrity and Safety Authority v. National Horsemen's Benevolent and Protective Association*, No. 24A287 (U.S., due Sept. 30, 2024).
- Response to motion to vacate administrative stay, *State of Texas v. DHS*, No. 24-40571 (5th Cir., due Sept. 30, 2024).
- Oral argument, *State of Texas v. DHS*, No. 24-40571 (5th Cir., Oct. 10, 2024).

A short extension of time is needed to provide adequate time to prepare the States' brief.

Respectfully submitted,

/s/ Aaron L. Nielson
Aaron L. Nielson
*Counsel for the State of Texas*

cc: All counsel of record (via CM/ECF)