# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 27, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 24-10470     State of TX v. TRAN
                 USDC No. 5:23-CV-304

The court has granted an extension of time to and including November 4, 2024 for filing appellee's brief in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca Andry, Deputy Clerk
504-310-7638

Mr. Michael P. Clendenen
Ms. Karen S. Mitchell
Mr. Aaron Lloyd Nielson
Mr. Jeffrey Eric Sandberg
Mr. Wesley Scott Williams