

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

Aaron L. Nielson  
Solicitor General

Aaron.Nielson@oag.texas.gov  
(512) 463-2100

September 27, 2024

**VIA CM/ECF**

Mr. Lyle W. Cayce, Clerk  
Court of Appeals for The Fifth Circuit

    Re:   *State of Texas, et al. v. U.S. Department of Transportation, et al.*, No. 24-10470 (5th Cir., filed May 23, 2024)

Dear Mr. Cayce:

    I respectfully write pursuant to Fifth Circuit Rule 31.4.3.1 to request a Level 1 extension for the Texas Department of Transportation's response brief in the above-captioned appeal. Both the State of Texas and the Texas Department of Transportation will file a single brief, which is currently due by October 4, 2024. The Texas Department of Transportation thus respectfully requests that this deadline be extended by 30 days, to and including Monday, November 4, 2024. This request is unopposed and is a first request.

    The extension is requested because the undersigned counsel has recently been occupied with other pressing appellate matters, including:

- Supplemental briefing in *NetChoice, LLC v. Paxton*, No. 21-51178 (5th Cir. Sept. 25, 2024).
- Mandamus petition in *In re the State of Texas*, No. 24-0813 (Texas, Sept. 25, 2024).
- Multi-state amicus brief, *Missouri v. Biden*, Nos. 24-2332, 24-2351 (8th Cir., filed Sept. 26, 2024).

    In addition, undersigned counsel has the following upcoming briefing and argument obligations:

Letter to Mr. Cayce, Clerk
Page 2

- Multi-state amicus brief, *Bradford v. Department of Labor*, No. 24-232 (U.S., due Sept. 27, 2024).
- Response to application, *Horseracing Integrity and Safety Authority v. National Horsemen's Benevolent and Protective Association*, No. 24A287 (U.S., due Sept. 30, 2024).
- Response to motion to vacate administrative stay, *State of Texas v. DHS*, No. 24-40571 (5th Cir., due Sept. 30, 2024).
- Oral argument, *State of Texas v. DHS*, No. 24-40571 (5th Cir., Oct. 10, 2024).

A short extension of time is needed to provide adequate time to prepare the brief in this appeal.

Respectfully submitted,

/s/ Aaron L. Nielson
Aaron L. Nielson
*Counsel for Texas and the Texas Department of Transportation*

cc: All counsel of record (via CM/ECF)