## UNITED STATE COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

| | |
|---|---|
| State of Texas, Texas Department of Transportation, <br><br> *Plaintiffs-Appellees,* <br><br> v. <br><br> U.S. Department of Transportation, et al., <br><br> *Defendants-Appellants.* | Case No. 24-10470 |

_____

**On Appeal from the United States District Court**
**For the Northern District of Texas, Lubbock Division**

_____

## UNOPPOSED MOTION FOR LEAVE TO FILE
## BRIEF FOR AMICI CURIAE

Proposed amici the American Road and Transportation Builders Association (ARTBA) and the Associated General Contractors of America, Inc. (AGC) move pursuant to Fed. R. App. P. 29(a)(3) and 5th Cir. R. 27.4 to file the accompanying brief on behalf of the proposed amici and state has follows:

1. The members of the American Road and Transportation Builders Association and the Associated General Contractors of America, Inc. are impacted

1

by the final rule issued by the United States Environmental Protection (EPA) and other actions by the agency at issue in this case.

2. An amicus brief is desirable from the proposed amici because the impacts of EPA's actions on members of the associations are important for the Court to consider as are the additional legal arguments offered by proposed amici.

3. Counsel for proposed amici corresponded with counsel for the State of Texas and counsel for the United States Department of Justice on behalf of the Department of Transportation seeking concurrence for the filing of a brief on behalf of proposed amici and both parties consented to the filing of an amicus brief.

WHEREFORE, amici respectfully request that this motion to file the accompanying brief be granted.

Respectfully submitted,

*/s/ John A. Sheehan*
John A. Sheehan
Karen Bennett
Jeffrey S. Longsworth
EARTH & WATER LAW
1455 Pennsylvania Ave, NW,
Suite 400
Washington, DC 20004
(301)980-5032
john.sheehan@earthandwatergroup.com
*Counsel for Amici*

## CERTIFICATE OF SERVICE

I certify that on November 8, 2024, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Symantec Endpoint Protection and is free of viruses.

*/s/ John A. Sheehan*
JOHN A. SHEEHAN
