# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 12, 2024

Mr. John Andrew Sheehan
Earth & Water Law, L.L.C.
1455 Pennsylvania Avenue
Suite 400
Washington, DC 20004

    No. 24-10470   State of Texas v. TRAN
                        USDC No. 5:23-CV-304

Dear Mr. Sheehan,

We received your motion to file an amicus brief. In light of the motion being unnecessary since the consent is included in the brief, we are taking no action on this motion.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Renee S. McDonough, Deputy Clerk
                              504-310-7673

cc:
    Mr. Michael B. Buschbacher
    Mr. Michael P. Clendenen
    Mr. Jonathan Robert Ellis
    Mr. Ian Lancaster
    Mr. Aaron Lloyd Nielson
    Mr. Jeffrey Eric Sandberg
    Mr. Wesley Scott Williams