# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 12, 2024

Mr. John Andrew Sheehan
Earth & Water Law, L.L.C.
1455 Pennsylvania Avenue
Suite 400
Washington, DC 20004

    No. 24-10470   State of Texas v. TRAN
                        USDC No. 5:23-CV-304

Dear Mr. Sheehan,

We filed your brief. However, you must make the following corrections within the next 14 days.

You need to correct or add:

Missing Supplemental Certificate of Interested Persons, see 5th Cir. R. 28.2.1.

You must electronically file a "Form for Appearance of Counsel" within 14 days from this date. You must name each party you represent, see Fed. R. App. P. 12(b) and 5th Cir. R. 12 & 46.3. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, the brief will be stricken and returned unfiled.

Note: Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system. Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made. Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

```
                         Sincerely,

                         LYLE W. CAYCE, Clerk
                         
                         By: _____
                         Renee S. McDonough, Deputy Clerk
                         504-310-7673
```

cc:
    Mr. Michael B. Buschbacher
    Mr. Michael P. Clendenen
    Mr. Jonathan Robert Ellis
    Mr. Ian Lancaster
    Mr. Aaron Lloyd Nielson
    Mr. Jeffrey Eric Sandberg
    Mr. Wesley Scott Williams