# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 15, 2024
Lyle W. Cayce
Clerk

No. 24-10470

STATE OF TEXAS; TEXAS DEPARTMENT OF TRANSPORTATION,

*Plaintiffs—Appellees,*

*versus*

U.S. DEPARTMENT OF TRANSPORTATION; FEDERAL HIGHWAY ADMINISTRATION; SHAILEN BHATT, *in his official capacity, as Administrator of the Federal Highway Administration*; PETE BUTTIGIEG, *in his official capacity, as Secretary of Transportation*,

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:23-CV-304
_____

ORDER:

IT IS ORDERED that the unopposed motion of Center for Environmental Accountability, to file an amicus brief out of time is GRANTED.

IRMA CARRILLO RAMIREZ
*United States Circuit Judge*