# United States Court of Appeals
**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

November 15, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-10470   State of Texas v. TRAN
                   USDC No. 5:23-CV-304

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Renee S. McDonough, Deputy Clerk
504-310-7673

Mr. John Zachary Balasko
Mr. Michael B. Buschbacher
Mr. Michael P. Clendenen
Mr. Jonathan Robert Ellis
Mr. Dallas F. Kratzer III
Mr. Ian Lancaster
Mr. Aaron Lloyd Nielson
Mr. Jeffrey Eric Sandberg
Mr. John Andrew Sheehan
Ms. Madison Faith Shuler
Mr. Wesley Scott Williams