# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 20, 2024

Mr. Michael B. Buschbacher
Boyden Gray, P.L.L.C.
800 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20006

Mr. Jonathan Robert Ellis
Steptoe & Johnson P.L.L.C.
P.O. Box 1588
707 Virginia Street, East
Charleston, WV 25326

Mr. Aaron Lloyd Nielson
Office of the Texas Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Mr. Jeffrey Eric Sandberg
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Room 7214
Washington, DC 20530

Mr. John Andrew Sheehan
Earth & Water Law, L.L.C.
1455 Pennsylvania Avenue
Suite 400
Washington, DC 20004

     No. 24-10470   State of Texas v. TRAN
                    USDC No. 5:23-CV-304

Dear Counsel,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.  Exception:  As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies.  **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Charles B. Whitney, Deputy Clerk
504-310-7679

cc:
- Mr. John Zachary Balasko
- Mr. Michael P. Clendenen
- Mr. Dallas F. Kratzer III
- Mr. Ian Lancaster
- Ms. Madison Faith Shuler
- Mr. Wesley Scott Williams