# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 24, 2025

Mr. Aaron Lloyd Nielson
Office of the Texas Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

    No. 24-10470   State of Texas v. TRAN
                         USDC No. 5:23-CV-304

Dear Mr. Nielson,

We received your 28(j) letter. No action is taken on the first 28(j) letter as it was refiled with attachment and processed.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Kim M. Pollard, Deputy Clerk
                              504-310-7635

cc:
    Mr. John Zachary Balasko
    Mr. Michael B. Buschbacher
    Mr. Michael P. Clendenen
    Mr. Jonathan Robert Ellis
    Mr. Dallas F. Kratzer III
    Mr. Ian Lancaster
    Mr. Jeffrey Eric Sandberg
    Mr. John Andrew Sheehan
    Ms. Madison Faith Shuler
    Mr. Wesley Scott Williams