# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 27, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-10470   State of Texas v. TRAN
                  USDC No. 5:23-CV-304

Enclosed is an order entered in this case.


                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Kim M. Pollard, Deputy Clerk
                              504-310-7635

Mr. John Zachary Balasko
Mr. Michael B. Buschbacher
Mr. Michael P. Clendenen
Mr. Jonathan Robert Ellis
Mr. Dallas F. Kratzer III
Mr. Ian Lancaster
Mr. Aaron Lloyd Nielson
Mr. Jeffrey Eric Sandberg
Mr. John Andrew Sheehan
Ms. Madison Faith Shuler
Mr. Wesley Scott Williams