# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 27, 2025
Lyle W. Cayce
Clerk

No. 24-10470

_____

State of Texas; Texas Department of Transportation,

*Plaintiffs—Appellees*,

*versus*

U.S. Department of Transportation; Federal Highway Administration; Shailen Bhatt, *in his official capacity, as Administrator of* the Federal Highway Administration; Judith Kaleta, *in her official capacity as Acting Secretary of Transportation*,

*Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:23-CV-304

_____

ORDER:

IT IS ORDERED that the Defendants-Appellants' unopposed motion to continue oral argument is GRANTED.

No. 24-10470

      IT IS FURTHER ORDERED that the Defendants-Appellants' unopposed motion to place case in abeyance is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT