# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 29, 2025

Mr. John Zachary Balasko
Steptoe & Johnson, P.L.L.C.
1250 Edwin Miller Boulevard
Edwin Miller Professional Center
Suite 300
Martinsburg, WV 25404

Mr. Michael B. Buschbacher
Boyden Gray, P.L.L.C.
800 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20006

Mr. Michael P. Clendenen
U.S. Department of Justice - Civil Division
Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005

Mr. Jonathan Robert Ellis
Steptoe & Johnson P.L.L.C.
P.O. Box 1588
707 Virginia Street, East
Charleston, WV 25326

Mr. Dallas F. Kratzer III
Steptoe & Johnson, P.L.L.C.
41 S. High Street
Suite 2200
Columbus, OH 43215

Mr. Ian Lancaster
Office of the Attorney General of Texas
P.O. Box 12548 ( MC-066)
Austin, TX 78711-2548

Mr. Aaron Lloyd Nielson
Office of the Texas Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC-059)

Austin, TX 78711-2548

Mr. Jeffrey Eric Sandberg
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. John Andrew Sheehan
Earth & Water Law, L.L.C.
1455 Pennsylvania Avenue
Suite 400
Washington, DC 20004

Ms. Madison Faith Shuler
Steptoe & Johnson, P.L.L.C.
825 3rd Avenue
Suite 400
Huntington, WV 25701

Mr. Wesley Scott Williams
Office of the Attorney General of Texas
Environmental Protection Division
P.O. Box 12548 (MC-066)
Austin, TX 78711-2548

    No. 24-10470   State of Texas v. TRAN
                    USDC No. 5:23-CV-304

Dear Mr. Balasko, Mr. Buschbacher, Mr. Clendenen, Mr. Ellis, Mr. Kratzer, Mr. Lancaster, Mr. Nielson, Mr. Sandberg, Mr. Sheehan, Ms. Shuler, Mr. Williams,

Attached is a revised case caption, which should be used on all future filings in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Melissa B. Courseault, Deputy Clerk
                              504-310-7701

Case No. 24-10470

State of Texas; Texas Department of Transportation,

    Plaintiffs - Appellees

v.

U.S. Department of Transportation; Federal Highway Administration; Shailen Bhatt, in his official capacity, as Administrator of the Federal Highway Administration; Sean Duffy, in his official capacity as Secretary of Transportation,

    Defendants - Appellants