IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> *Plaintiffs-Appellees*, <br><br> v. <br><br> U.S. DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> *Defendants-Appellants*. | No. 24-10470 |

**UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF APPEAL**

Pursuant to Federal Rule of Appellate Procedure 42(b)(2) and Circuit Rule 42.1, defendants-appellants U.S. Department of Transportation (DOT) *et al.* respectfully move to dismiss the above-captioned appeal with prejudice, and with each party to bear its own costs.  *See* Fed. R. App. 42(b)(2) ("An appeal may be dismissed on the appellant's motion on terms ... fixed by the court."); 5th Cir. R. 42.1 ("In all cases where the appellant ... files an unopposed motion to withdraw the appeal ... the clerk will enter an order of dismissal and issue a copy of the order as the mandate.").

Upon further consideration, DOT no longer wishes to pursue appellate review of the district court's decision in this case.  The agency will continue to consider what further administrative steps may be appropriate as to the challenged final rule.  Plaintiffs-appellees do not oppose this motion.

Respectfully submitted,

MICHAEL S. RAAB
 /s/ *Jeffrey E. Sandberg*
JEFFREY E. SANDBERG
(202) 532-4453
  Attorneys, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave. NW
  Room 7214
  Washington, DC 20530

*Counsel for Defendants-Appellants*

FEBRUARY 2025

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains 150 words.

/s/ Jeffrey E. Sandberg
Jeffrey E. Sandberg
*Counsel for Defendants-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2025, I electronically filed the foregoing motion with the Clerk of Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Jeffrey E. Sandberg
Jeffrey E. Sandberg
*Counsel for Defendants-Appellants*