# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 11, 2025

Ms. Karen S. Mitchell
Northern District of Texas, Lubbock
United States District Court
1205 Texas Avenue
Room C-209
Lubbock, TX 79401

    No. 24-10470   State of Texas v. TRAN
                           USDC No. 5:23-CV-304

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Renee S. McDonough, Deputy Clerk
                    504-310-7673

cc w/encl:
    Mr. John Zachary Balasko
    Mr. Michael B. Buschbacher
    Mr. Michael P. Clendenen
    Mr. Jonathan Robert Ellis
    Mr. Dallas F. Kratzer III
    Mr. Ian Lancaster
    Mr. Aaron Lloyd Nielson
    Mr. Jeffrey Eric Sandberg
    Mr. John Andrew Sheehan
    Ms. Madison Faith Shuler
    Mr. Wesley Scott Williams