

**Certified as a true copy and issued as the mandate on Feb 11, 2025**

Attest: *Tyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals for the Fifth Circuit

———————

No. 24-10470

———————

STATE OF TEXAS; TEXAS DEPARTMENT OF TRANSPORTATION,

*Plaintiffs—Appellees*,

*versus*

U.S. DEPARTMENT OF TRANSPORTATION; FEDERAL HIGHWAY ADMINISTRATION; SHAILEN BHATT, *in his official capacity, as Administrator of* THE FEDERAL HIGHWAY ADMINISTRATION; SEAN DUFFY, *in his official capacity as Secretary of Transportation*,

*Defendants—Appellants*.

———————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:23-CV-304

———————

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of February 11, 2025, pursuant to appellant's motion.

By: _____

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

Renee S. McDonough, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT